**United States District Court**
For the Northern District of California

1
2
3
4
5
6   UNITED STATES DISTRICT COURT
7   NORTHERN DISTRICT OF CALIFORNIA
8
9   JAMES DORR,                                No. C-11-04477 (DMR)
10         Plaintiff(s),                      **ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**
11         v.
12  ALAMEDA COUNTY PROBATION DEPARTMENT,
13
            Defendant(s).
14  _____/
15
16      The Initial Case Management Conference previously scheduled for December 21, 2011 has been CONTINUED to **February 8, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. An updated joint Case Management Statement is due no later than **February 1, 2012.** Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the Court. Plaintiff also shall do the same for docket entries 10 and 11.

    IT IS SO ORDERED.

Dated: December 14, 2011

_____
DONNA M. RYU
United States Magistrate Judge