**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9   JAMES DORR,                                No. C-11-04477 (DMR)

10              Plaintiff(s),          **ORDER GRANTING REQUEST TO**
                                       **CONTINUE INITIAL CASE**
11        v.                           **MANAGEMENT CONFERENCE**

12   ALAMEDA   COUNTY   PROBATION
     DEPARTMENT,
13
              Defendant(s).
14   _____/

15

16        The Initial Case Management Conference previously scheduled for December 21, 2011 has

     been CONTINUED to **February 8, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court,
17
     1301 Clay Street, Oakland, California 94612.  An updated joint Case Management Statement is due
18
     no later than **February 1, 2012.**  Immediately upon receipt of this Order, Plaintiff shall serve
19
     Defendant with a copy of this Order and file a proof of service with the Court.  Plaintiff also shall do
20
     the same for docket entries 10 and 11.
21
          IT IS SO ORDERED.
22

23

24   Dated:  December 14, 2011

25                                        _____
                                          DONNA M. RYU
26                                        United States Magistrate Judge

27

28