United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DORR, | No. C-11-04477 (DMR) |
| Plaintiff(s), | **ORDER RESETTING HEARING DATE ON DEFENDANT'S MOTION TO SET ASIDE DEFAULT JUDGMENT** |
| v. | |
| ALAMEDA COUNTY PROBATION DEPARTMENT, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please be advised that the previously-noticed hearing date of February 9, 2012 on Defendant's Motion to Set Aside Default Judgment has been vacated. You are hereby notified that the hearing on the motion is set for February 8, 2012 at 1:30 p.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

IT IS SO ORDERED.

Dated: January 6, 2012

DONNA M. RYU
United States Magistrate Judge