**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8

9    JAMES DORR,                              No. C-11-04477 DMR

10            Plaintiff(s),                   **ORDER CONTINUING CASE**
                                              **MANAGEMENT CONFERENCE**
11        v.

12   ALAMEDA   COUNTY   PROBATION
     DEPARTMENT,
13
              Defendant(s).
14   _____/

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16        The Case Management Conference previously scheduled for February 6, 2013 has been

17   CONTINUED to **May 1, 2013 at 1:30 p.m.**,  Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay

18   Street, Oakland, California 94612.  The Case Management Statement is due no later than **April 24,**

19   **2013.**

20

21        IT IS SO ORDERED.

22

23
     Dated:  February 1, 2013
24

25                                           _____
                                             DONNA M. RYU
26                                           United States Magistrate Judge

27

28