UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DORR, | No. C-11-04477 DMR |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ALAMEDA COUNTY PROBATION DEPARTMENT, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for February 6, 2013 has been CONTINUED to **May 1, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **April 24, 2013.**

IT IS SO ORDERED.

Dated: February 1, 2013

_____
DONNA M. RYU
United States Magistrate Judge